**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| VICTOR TILLMAN, | Case No. 08-13685 |
| Plaintiff, | |
| v. | DISTRICT JUDGE ARTHUR J. TARNOW |
| MARIO NEAL and TAMYRA L. HARRIS-HARDY, | MAGISTRATE JUDGE MONA K. MAJZOUB |
| Defendants. | |
| _____ / | |

**ORDER ADOPTING REPORT AND RECOMMENDATION [45],**

**DENYING PLAINTIFF'S DISPOSITIVE MOTION [40],**

**GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [39],**

and

**AMENDING THE CASE CAPTION**

Before the Court is the Magistrate Judge's Report and Recommendation [45], filed June 8, 2010, on the parties' pending dispositive motions. The Magistrate Judge recommends that Defendants' Motion for Summary Judgment [39] be granted in part and denied in part, and that Plaintiff's Dispositive Motion [40] be denied.

By the briefing deadline, no party had filed an objection to the Report and Recommendation. There having been no objection, and the Court having reviewed the filings and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Report and Recommendation [45] is **ADOPTED**, and is entered as the findings of the Court.

**IT IS FURTHER ORDERED** Plaintiff's Dispositive Motion [40] is **DENIED**.

**IT IS FURTHER ORDERED** Defendants' Motion for Summary Judgment [39] is **GRANTED IN PART AND DENIED IN PART**. Specifically, the case will proceed only on

Plaintiff's personal-capacity claims for false arrest and false imprisonment, as stated against Defendants Neal and Harris-Hardy.  Accordingly,

**IT IS ORDERED** that the caption of this case be amended as shown above, to reflect the prior dismissal [7] from this action of Defendants Ella B. Cummings and the Detroit Police Department.


**SO ORDERED**.


S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated:  June 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record and Victor Tillman, 13990 Evergreen Road, Detroit, MI 48223 on June 24, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager